**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-7293**

UNITED STATES OF AMERICA,

          Plaintiff - Appellee,

     v.

BEVERLY FORDE, a/k/a Cynthia Taylor, a/k/a Margaret Hescott,

          Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Claude M. Hilton, Senior District Judge.  (1:92-cr-00429-CMH-1)

Submitted:  November 20, 2008          Decided:  December 1, 2008

Before MOTZ and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Beverly Forde, Appellant Pro Se.  Beth Nicole Gibson, OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Beverly Forde appeals from the district court's order denying her motion for reduction of sentence pursuant to 18 U.S.C. § 3582(c) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Forde, No. 1:92-cr-00429-CMH-1 (E.D. Va. filed July 14, 2008; entered July 15, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED